UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

CIVIL ACTION NO. 1:06-cv-01009-WYD - MJW

DAISY HIDALGO,

    Plaintiff,

VERSUS

COMCAST COMPREHENSIVE HEALTH AND WELFARE PLAN,

    Defendant.

ORDER ( Docket No. 8 )

Considering the foregoing Unopposed Motion for Leave to Participate in Status Conference via Telephone and finding it to be in order and well-taken;

IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to Participate in Status Conference via Telephone is granted and that counsel for Defendant shall call the court's chambers at 303-844-2403 at 9:00 a.m. on Friday, August 11, 2006.

Thus done and signed this 3rd day of August 2006.

_____
UNITED STATES MAGISTRATE JUDGE
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

Error! Unknown document property name.