IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01009-WYD-MJW

DAISY HIDALGO,

Plaintiff(s),

v.

COMCAST COMPREHENSIVE HEALTH AND WELFARE PLAN,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Amend Complaint, filed with the Court on October 27, 2006, (DN 16), is GRANTED. The Amended Complaint shall be filed and served forthwith upon all parties in this matter.

Date:   October 31, 2006