UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

CIVIL ACTION NO. 1:06-cv-01009-WYD

DAISY HIDALGO,

        Plaintiff,

VERSUS

COMCAST COMPREHENSIVE HEALTH
AND WELFARE PLAN,

        Defendant.

ORDER (Docket No. 21)

Considering Defendant's Unopposed Motion To Modify Scheduling Order For Good Cause To Extend Dispositive Motion Deadline and finding good cause exists for granting of same;

IT IS HEREBY ORDERED that Defendant's Unopposed Motion To Modify Scheduling Order For Good Cause To Extend Dispositive Motion Deadline be and is hereby granted and that the deadline for the parties to file dispositive motions is hereby extended from January 5, 2007 through and including January 26, 2007.

Thus done and signed this 3rd day of January 2007.

_____
~~UNITED STATES DISTRICT COURT JUDGE~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO