IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01009-WYD-MJW

DAISY HIDALGO,

    Plaintiff(s),

v.

COMCAST COMPREHENSIVE HEALTH AND WELFARE PLAN, an employee benefit plan,

    Defendant(s).

## ORDER

THIS MATTER comes before the Court on the Unopposed Motion to File Administrative Record Under Seal and in Paper or Disc Format [# 25], filed January 24, 2007.  After reviewing the motion and file in this matter, I find that the motion should be granted in part and denied in part.  Accordingly, it is

ORDERED that the Unopposed Motion to File Administrative Record Under Seal and in Paper or Disc Format [# 25], filed January 24, is **GRANTED IN PART and DENIED IN PART.**  It is

FURTHER ORDERED that the Defendant is granted leave to file the Administrative Record of Plaintiff's disability benefit claim under seal.  However, according to the electronic filing procedures of this Court, the Defendant shall file the record conventionally on paper.

Dated: January 31, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge