UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

CIVIL ACTION NO. 1:06-cv-01009-WYD

DAISY HIDALGO,

          Plaintiff,

VERSUS

COMCAST COMPREHENSIVE HEALTH AND WELFARE PLAN,

          Defendant.

## ORDER
(Docket No. 37)

Considering the foregoing Unopposed Motion for Leave to Participate in Pre-trial Conference via Telephone and finding it to be in order and well-taken;

IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to Participate in Pre-trial Conference via Telephone is granted and that counsel for Defendant shall call the court's chambers at 303-844-2403 at 9:00 a.m. on Wednesday, March 13, 2007.

Denver, Colorado this 8th day of March 2007.

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO